UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CHARLES MICHAEL GEIGER et al, | Civil No. 14-1576 (JRT/LIB) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MINNESOTA DEPARTMENT OF HUMAN SERVICES et al, | |
| Defendants. | |

_____

Kenny S. Daywitt, MSOP-Moose Lake, 1111 Minnesota 73, Moose Lake, MN 55767, *pro se* plaintiff,

Uzodima F Aba-Onu, **Minnesota Attorney General's Office,** 445 Minnesota Street, Suite 1100, St Paul, MN 55101-2128, for defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is ORDERED:

The Court construing Plaintiff Daywitt's Motion to Dismiss as a Notice of Voluntary Dismissal, and, accordingly, that the present action, as alleged by Plaintiff Daywitt, is DISMISSED WITHOUT PREJUDICE.  Plaintiff Geiger's claims are unaffected by the present order.

Dated:  July 15, 2014         s/John R. Tunheim_____
                              JOHN R. TUNHEIM
                              United States District Judge