## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

CHARLES MICHAEL GEIGER, et al,               Civil No. 14-1576 (JRT/LIB)

        Plaintiffs,

v.                                                                **ORDER ADOPTING REPORT**
                                                                  **AND RECOMMENDATION**

MINNESOTA DEPARTMENT OF
HUMAN SERVICES, et al,

        Defendants.

_____

Charles Michael Geiger, MSOP-Moose Lake, 1111 Minnesota 73, Moose Lake, MN 55767, *pro se* plaintiff,

Uzodima Aba-Onu, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1100, St Paul, MN 55101-2128, for defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HERE BY ORDERED**:

1. That Defendants Jannine Hebert, Peter Puffer, Jim Berg, Ann Zimmerman, and Craig Berg are **DISMISSED** from the present case, as Plaintiff does not identify these individuals as Defendants in his operative Amended Complaint;

2. That Defendants' Motion to Dismiss, [Docket No. 18], is **GRANTED** in its entirety;

3. That the Court declines to exercise supplemental jurisdiction over any and all of Plaintiff's state law claims as alleged in the Amended Complaint;

4. That Count I of the Amended Complaint as alleged against Defendant Niemeyer

is the sole surviving claim; and

5. That a clerk's entry of default and entry of default judgment in Plaintiff's favor

is determined improper and denied as moot.


Dated:  January 26, 2015                    s/John R. Tunheim
at Minneapolis, Minnesota                   JOHN R. TUNHEIM
                                            United States District Judge